939 A.2d 225

IN THE MATTER OF LARRY BRONSON,
AN ATTORNEY AT LAW.

January 23, 2008.

**ORDER**

**LARRY BRONSON** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1970, having pleaded guilty in the United States District Court for the Eastern District of New York and to a superseding information charging him with illegal structuring of monetary transactions, in violation of 31 *U.S.C.A* 5234(a)(3) and (d)(1) and 18 *U.S.C.A.* 2 and 3351 *et seq.,* and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **LARRY BRONSON** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **LARRY BRONSON** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **LARRY BRONSON** comply with *Rule* 1:20–20 dealing with suspended attorneys.

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this state.